UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HIGH YIELD REO, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. NO. 1:19-CV-12102-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

Now come the parties to the above captioned action and hereby stipulate that this matter be dismissed with prejudice, without costs, and waiving all rights to appeal pursuant to Fed. R. Civ. P. 41(a)(1)(ii).


Respectfully Submitted,
HIGH YIELD REO, LLC,

By its attorneys,
**SLOANE & WALSH, LLP**


/s/ Christopher M. Reilly
Christopher M. Reilly, BBO #674041
One Boston Place, Suite 1600
201 Washington Street
Boston, MA 02108
Tel: (617) 523-6010
Fax: (617) 227-0927
creilly@sloanewalsh.com

Respectfully Submitted,
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,

By its attorneys,
**MORRISON MAHONEY LLP**


/s/ William A. Schneider
William A. Schneider, BBO #636421
250 Summer Street
Boston, MA 02210
Tel: (617) 439-7500
Fax: (617) 342-4951
wschneider@morrisonmahoney.com

-2-

## CERTIFICATE OF SERVICE

    I, Christopher M. Reilly, hereby certify that on September 3, 2020, I electronically filed the above-referenced document with the Clerk of the United States District Court for the District of Massachusetts by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                               */s/ Christopher M. Reilly*
                                               Christopher M. Reilly